# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135506

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DEAN JAMES WALTER,
      Defendant-Appellant.

SC: 135506
COA: 278293
Berrien CC: 2003-404937-FC

_____/

      On order of the Court, the application for leave to appeal the November 21, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

Clerk

d0519